UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ELIANA RAMOS, :
:
                       Plaintiff, :
:     23-CV-9171 (JMF)
      -v- :
:           <u>ORDER</u>
FRANK BENENATI, :
:
                      Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- No later than **Tuesday, May 28, 2024**, Plaintiff shall provide complete responses to Defendant's post-deposition discovery demands. Otherwise, fact discovery is now closed.

- Unless and until the Court orders otherwise, Defendant shall not be required to respond to Plaintiff's discovery requests served on May 10, 2024; if Plaintiff believes the delay in serving these requests was adequately justified, she shall **promptly** file a letter motion, not to exceed three pages, making such a showing. If Plaintiff files a letter motion on that score, Defendant may file any response, also not to exceed three pages, within three business days.

- Any motions for summary judgment shall be due **thirty days after the close of expert discovery**; oppositions shall be due thirty days thereafter, and replies shall be due fourteen days later. If the parties believe a consolidated briefing schedule would be beneficial, they shall file a letter proposing such a schedule.

- By separate Order entered today, the Court is referring the parties to Magistrate Judge Figueredo for settlement purposes. The parties are directed to contact her chambers **within one week of this Order** to schedule a settlement conference, to be held no later than the date on which summary judgment motions are due.

    SO ORDERED.

Dated: May 21, 2024
       New York, New York
                                                           _____
                                                                JESSE M. FURMAN
                                                            United States District Judge